AO 241 (Rev. 09/17)

U.S. DISTRICT COURT
SAVANNAH DIV.

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2020 JUL -8 PM 12:05

CLERK

SO. DIST. OF GA.

| United States District Court   *Savannah Division* | District:   *Southern District of Georgia* |
|---|---|
| Name (under which you were convicted):  *Jabbar Muhammad Ali Williams* | Docket or Case No.:  *CR 14-2683* |
| Place of Confinement :  *The chatham County Jail Detention Center* | Prisoner No.:  *X011bb92* |
| Petitioner (include the name under which you were convicted)  *Jabbar Muhammad Ali Williams*  v.  | Respondent (authorized person having custody of petitioner)  *Sheriff John Wilcher* |
| The Attorney General of the State of:   *Georgia* | |

**CV420 - 149**

**PETITION**

1.      (a) Name and location of court that entered the judgment of conviction you are challenging:

*The chatham county courthouse*

*133 Montgomery St.*

*Savannah, Ga. 31401*

(b) Criminal docket or case number (if you know):   *CR 14-2683*

2.      (a) Date of the judgment of conviction (if you know):   *about 7/11/2014*

(b) Date of sentencing:   *about 7/11/2016*

3.      Length of sentence:   *10 years*

4.      In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5.      Identify all crimes of which you were convicted and sentenced in this case:   *Possession of Marijuana*

*with intent.*

6.      (a) What was your plea? (Check one)

☐ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

☑ (2)   Guilty              ☐ (4)   Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I plead to Possession of Marijuana with intent I did not plead to: Terrorist Threats, Possession of Tools in Commission of Crime (scale), Computer threats, Criminal Solicitation, Possession of Marijuana (Felony) aggravated assault.

(c) If you went to trial, what kind of trial did you have? (Check one)
☐ Jury   ☐ Judge only  Was told on trial day to plead or trial will be rigged by attorney James Byrne

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☑ Yes   ☐ No

8.  Did you appeal from the judgment of conviction?
☑ Yes   ☐ No

9.  If you did appeal, answer the following:
(a) Name of court: Chatham County Superior Court
(b) Docket or case number (if you know): CR 14-2683
(c) Result: Motion to withdraw plea delayed for 2 years; Denied Fraud
(d) Date of result (if you know): about May 7th 2018
(e) Citation to the case (if you know):
(f) Grounds raised: Fraud upon the court, ineffective assistance of counsel; Coercion Lack of probable cause; Jurisdiction, 4th, 5th, 6th, 8th, 9th, 13th and 14th amendment violations, Motion to dismiss, perjury, Plea and Abatement, Fraud, corruption, Fake indictment, Fraud of suppress hearing, abuse of discretion, delay of hearing, innocence, Conflict of interest, Motion For New trial, Malicous prosecution extrinsic evidence, Newly introduce evidence (Paulette Smith's statement of not agreeing to any search, illegal search on or about 4/11/2014 No Affidavit to
(g) Did you seek further review by a higher state court?  ☑ Yes   ☐ No terrorist threat; Malicious Prosecution; victim

If yes, answer the following:
(1) Name of court: Appeals Court of Georgia
(2) Docket or case number (if you know): A19D0028/A19S5044
(3) Result: Application For Discretional Appeal Denied

AO 241 (Rev. 09/17)

(4) Date of result (if you know): *about May 7, 2019 ( warrant issued June 7*

(5) Citation to the case (if you know): *2019 before appeal, 90 days*

(6) Grounds raised: *Same ground in #9(B,F) Human rights violation, conspiracy to murder Violation of international law, abuse of process, right to rebel, illegal plea - Not enough room here. No Affidavit or victim to initial charge of terrorist threat, prejudice, illegal withdrawal of counsel(Martin Hilliard) Malicious prosecution*

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: *I was informed that cases were not of existence to appeal when I requested for an extention of time ( A19D0028/ A19S5044)*

(3) Date of result (if you know): *about August 2019*

(4) Citation to the case (if you know): *Fraud*

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: *Chatham County Superior Court*

(2) Docket or case number (if you know): *CR14-2683*

(3) Date of filing (if you know):

(4) Nature of the proceeding: *Motion to dismiss*

(5) Grounds raised: *Conflict of interest, ADA Ian Heap prosecuted his wife's fraud indictment, prejudice, abuse of discretion, perjury of arresting officer CNT Eugene Harley in police report and Motion to suppress Hearing, Fraud, lack of probable cause. Malicious Prosecution extrinsic evidence, abuse of process illegal search, ineffective assistance of Counsel. illegal plea, cruel and unusual punishment.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: *ignored by judge Karpf and clerk of court*

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Chatham County Superior Court

(2) Docket or case number (if you know): CR 14-2683

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: Motion to Suppress

(5) Grounds raised: No Warrant to Search, No consent to Search on record, No victim; No affidavit to initial charge of terrorist threats, No probable cause; jurisdiction no victim to in Arbitrary Illegal Search, No evidence presented by state. No victim to terrorist threat.

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes    ☐ No

(7) Result: Hearing was Held and defraud by state and attorney; No evidence Presented.

(8) Date of result (if you know): about March 2016

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Chatham County Superior Court

(2) Docket or case number (if you know): CR 14-2683

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: request for recuse of judge; Venue change

(5) Grounds raised: prejudice, Fraud, Corruption, perjury, Conflict of interest of District attorney Meg Heap and ADA Tan Heap, No probable cause, perjury of chatham County Narcotics Team's Eugene Harley in police report; motion to suppress Hearing. At motion to suppress hearing judge Karpf informs the court I got what I deserved. It's transcribed, Judicial Misconduct, prosecutorial Misconduct illegal seach, cruel and unusal Punishment. Extrinsic evidence.

_____

_____

_____

Page 5,6 of 16

★ Extrinsic Evidence, secret chambers. No Transcript. No probable cause

(6) I received No hearing

(7) Motion ignored

(8) Date of results

(I)

(1) Name of Court: chatham County Superior Court

(2) Docket Number: CR14-2683     (3) Date of filing?

(4) Nature of Filing: Request for Documents

(5) Grounds Raised: extrinsic evidence. Fraud indictment. Perjury

(6) No hearing given

(7) Motion ignored

(8) No date of Results

page: 5.5 of 16

# 11. Continued

(F)

(1) Name of court: Chatham County Superior Court

(2) Docket Number: ?                (3) Date of filing: ?

(4) Nature of ~~filt~~ filing: Pre Sentence Habeas Corpus

(5) Grounds Raised: No probable cause, Fraud warrant from judge Williams.
No evidence, fraud ~~warrant~~, indictment. No warrant to search. illegal Searched

(6) I received a hearing, Yes

(7) Results: ADA Ian Heap, Chatham County attorney jennifer Burns, Judges James Bass,
Judge John Morse defraud hearing citing a true indictment without presenting any
Evidence

(8) Date of Result: 2015

(G)

(1) Name of Court: Chatham County Superior Court

(2) Docket Number: CR 14-2683    (3) Date of filing ?

(4) Nature of filing: Motion For New Trial

(5) Ground Raised: Newly introduced evidence. Paulette Smith's Affidavit of not giving
any consent to search of home, Perjury of CNT officer Eugene Harley Police Report;
testimony at Suppression hearing; Fraud of suppress hearing. Extrinsic evidence.

(6) I received a hearing. ~~Yes~~ No   No

(7) Result: Motion ignored

(8) Date of Result:

(H)

(1) Name of Court: Chatham County Superior Court

(2) Docket Number: CR-2683    (3) Date of filing

(4) Nature of filing: Plea and Abatement

(5) Ground Raised: ~~Defraud~~ indictment; No evidence to Support indictment

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _Request ignored_

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:   ☐ Yes   ☑ No

(2) Second petition:   ☐ Yes   ☑ No

(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_(1) motion ignored, (2) Attorney James Bryne refused to Appeal stating the judge ruling was correct, (3) Motion ignored._

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _4th Amendment violation; Fraud, Corruption, Kidnap, conspiracy to murder, Defamation; libel. Bivens violation, 8th Amendment violation; Bribery_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Judge Claire Williams accepted bribes to fraudulently issue warrants on or about 4/14/2014 to cover up the illegal search, and attempted murder. The Savannah Police Department went to the news to justify Murder. FBI Agent chris Blair set up the scene, squared off then attempted to shoot me in his car as they killed Mr. Smith about August 11/05/2014 when arrested. Judge Freesemann issued Fraudulent Warrant to trac me to kill so case doesn't make it to court, lack of probable cause_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)      **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Motion to Withdraw plea

Name and location of the court where the motion or petition was filed:   chatham County Superior

Court / 133 Montgomery st, Savannah Ga. 31401

Docket or case number (if you know):   CR14-2683

Date of the court's decision:   May 7 2018

Result (attach a copy of the court's opinion or order, if available):   The motion to withdraw plea was

defraud 2 years later as no appeal rights were given when denied in order

(3) Did you receive a hearing on your motion or petition?      ☑ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☑ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   The Appeals court of Georgia

56 Forsyth st. NW, Atlanta Ga. 30303

Docket or case number (if you know):   A19D0028 / A19S5044

Date of the court's decision:   about May 7 2019

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Motion to Dismiss, Motion for New Trial_
_Request of for Recuse, Plea and Abatement, Motion to withdraw Plea,_
_United States Constitution (All right), Due process, conflict of interest_

**GROUND TWO:** _Violation of Human rights (All), violation of Georgia and the_
_United States constitution (All right), Due process violation, conflict of interest. Violation of equal_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _rights, Corruption._
_The Savannah Police Department, chatham county courthouse, Chatham County (county) Counter Team are_
_operating illegally and have oppressed me, stripping me of all my rights entitled to all_
_citizens. D.A. Meg Heap fake indictment and Husban Ian Heap prosecuted me after_
_he originally asked for indictment as CNT's Head A.D.A. Plea knowing deprive me of all my_
_rights as a citizen of Georgia and the United States of America. Illegal Plea._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c)     **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes   ☐ No

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d)     **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       ☑ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _Request of for recuse of judge; venue change_
   Name and location of the court where the motion or petition was filed: _The chatham county_
   _Superior Court / 133 Montgomery St., Savannah, Ga. 31401_

   Docket or case number (if you know): _CR14-2683_

AO 241 (Rev. 09/17)

Date of the court's decision: _ignored motion_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No  _N/A_

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Motion was ignored like many; showing Fraud and corruption on the record._

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _Motion to Dismiss, Motion for new trial, Plea and Abatement, Motion to withdraw Plea, Presentence Habeas corpus._

**GROUND THREE:** _Equal rights violation, ineffective assistance of counsel; Discrimination Known illegal detention, Involuntary enslavement, Cruel and Unusual punishment, Coercion._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_No attorney in case showed any law; sheriff Al St. Lawrence Judge Bass; Morse attorney Jennifer Burns, ADA defraud Pre-Sentencing habeas corpus to knowingly keep me detained and held against my will of False charges. Attorney James Byrne coerced me to plea out. He informed me on trial day he and the court were going to rig trial if I stepped in the court room because the law no longer matters._

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Motion For New Trial_

Name and location of the court where the motion or petition was filed: _Chatham County Superior_
_Court / 133 Montgomery St., Savannah, Ga. 31401_

Docket or case number (if you know): _CR14-2683_

Date of the court's decision: _None given. Motion ignored_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No   _N/A_

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Motion was ignored_

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _Motion to withdraw plea, Motion_
_for New Trial Plea and Abatement_

**GROUND FOUR:** ~~In plea, Judge~~ illegal experimenting, cruel and unusual punishment, oppression, conspiracy to murder, involuntary enslavement. Volation of human right; International law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In illegal plea judge Karpf accepted the D.A. office's request to take my medical, Mental Health when I was threaten with a rigged trial. The local and abroad hospitals began to inject me with illegal substance resulting in illegal parasites thats causing me pains and suffering which memorial and Candler and curtis v. cooper injected me and then covered up the x-rays on or about 1/11/2019 I went to Memorial Hospital for blood work, only, but was told I needed a Catscan. After such; I was asked in shock by the doctor if my jaws could still work. There is a red flag on my name in the Hospitals. After being attacked, here, I went to Washington D.C.
~~(b) If you did not exhaust your state remedies on Ground Four, explain why:~~ for treatment to see what was put in me and was immediately asked what I was running from back home without conversation. Treatment was then denied because I refuse to tell her. This was Howard University hospital. When I went to SOME I was injected with something again and all my x-rays are being edited. Since release my body has because under a control by an outside Source

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Request for Recuse of judge; venue change_

Page: 12.6 of 16

act to The Supreme Court of The United States. Because I refused to stop rebelling against oppression, as I am entitled to by The Bill of Rights, The Savannah Police Department's Swat and taken to their station and asked to sign a consent to be question but without being advise of the conversation by 2 detectives. When I decline, unless I'm advise of the topic. The interview was then ended and then a random police by the name of Officer A. Bryant was told to drop me off to The Chatham County jail, Offer A. Bryant then falsely put his name on the police report as the arresting officer. I've been arrested since April 1st 2020 and I have yet to have my rights read to me, nor have I seen a judge since my arrest.

I'm being held without access to adequate law so I can't file my complaint. I've written The Administration about not having my rights read to me and about not seeing a judge and the fact I should not be here on these fake warrants. All topics were ignored. My Mail is being blocked from the courts.

B) This is My first attempt to exhaust Remedies on Ground six.

C) No ruling has come to appeal to the United States supreme court to be heard.

D) I wrote The Supreme court of the United states on or about April 18, 2020 about Warrant without any judge name on it. Judge Bass name was written on 2 Warrants, differently, The chatham County Detention center, 133 Montgomery St. Savannah, Ga. 31401 case # CR 14-2683.

E) No other remedies to be available.

page: 12.5 of 16

Ground FIVE: Abuse of process, Fraud upon the court, Corruption, Conflict of interest, Personal use of a courtroom, Discrimination.

A) Supporting Facts: After have my Motion to withdraw Plea Hearing denied without any notice of appeal rights, I filed an appeal from this order to The Supreme Court of Georgia. The Supreme Court of Georgia then dockets and forwards my motion to the Appeals Court of Georgia. A19D0028 The Appeals court of Georgia then accepts my appeal as it was entittled to the Supreme Court of Georgia as my Di Application for Discretionary Appeal was repeatedly denied. After about 10 months The Appeals court of Georgia shoots the motion back to the Supreme Court of Georgia for reason unknown then dockets it for a second time ( 2 illegal dockets I have evidence. All at home ) then eventually shoots it back to the Appeal Court of Georgia, giving both government agencies, both, 2 docket number that are fake and the Fraudulent in fake order und A1955044 on or about May 7, 2019.

B) I did not raise this ground because this is the highest state exhaustability.

C) The Supreme Court of The United States informed me that docket and or ruling in orders A1955044 on or about May 7, 2019 was not on record.

D) I did not file any habeas corpus in state court because of Fraud.

E) Other Remedies: While preparing a False Claims act violation to The Supreme Court of The United States, I was arrested without cause.


GROUND SIX: Fraud, Corruption, False Imper Imprisonments, Oppression, Discrimination, Equal rights violation

A) Supporting Facts: As of March 20th, 2020 the chatham county Jail stopped accepting state probation and contempt of court charges due to the corona virus. While I was home receiving threats to stop preparing my False claims

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *The Chatham County Superior*

*Court 133 Montgomery St. Savanah, Ga. 31401*

Docket or case number (if you know): *CR 14-2683*

Date of the court's decision: *ignored my judge Karpf He*

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?          ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*I raised issue in Application For Discretionary Appeal to the Appeals Court of Georgia. The Appeal Court defraudulently responded and ignored the law —*

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *Motion For New Trial, Motion to Withdraw Plea, Request For Documents, Pre Sentence Habeas Corpus in Chatham County Superior, Motion to dismiss.*

_____

_____

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes      ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Ground 6. While preparing my False claims act to The Supreme Court I was arrested under a defraudrulent warrant with a judge name on it to prevent the motion from being filing.

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☑ Yes      ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.   I attempted to file a habeas Corpus but I believe I was denied to file without pay in this court. At one point I had to flee from the local government from attacks and continued false like now and was afraid to return from Washington DC. because of Death threats.

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☑ Yes      ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   As of now case # A19D0028 or the docket number on the record from The Appeal Court of Georgia has yet to be ruled on. Because of this fact, The Chatham County Superior Court is without Jurisdiction to issue any warrant until this documented case is ruled on. This fact on the record, alone, is evidence I being illegally held by Chatham County Detention Center.

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _No hearing given. Hearing was skipped when I was fraudulently indictment. Gilbert Stacey 222 W. oglethorpe AVE, Savannah, Go,_

(b) At arraignment and plea: _James Byrne  222 W. oglethorpe AVE, Savannah, Ga 3140 | 31401_

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _Pro Se_

(f) In any post-conviction proceeding: _Martin Hilliard withdrew From Motion to withdraw Plea illegally Attorney steven Stargar_

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☑ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Although no actual ruling has yet to be given in original Appeal which is defrauded Appeal court of Georgia A19D0028 issued in 2018, an defraudrulent case # of, I believe, A19S5044 was given in a denial in order that is Not in my case_
_I also want to state for the record that there is no statue_

AO 241 (Rev. 09/17)

of limitation for Fraud, corruption and known deprivation of citizens rights by Public and government officials who acts up the color of law.

I was arrested on 4/01/2020 and my mail is being stolen to prevent me from court.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)   The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *End Malicious prosecution CR 14-2683*
*in my favor and release me. Rule all attorneys ineffective in case. Grant all*
*grounds raised. Rule case # CR 14-2683 Fraudulent*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on    *6/04/2020*    (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

*Mother dropping off for ~~court~~ preperation (copying and Summons)*
*because the Chatham County Detention Center doesn't Supply neither.*