IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JABBAR MUHAMMED ALI WILLIAMS,   )
                                )
    Petitioner,                 )
                                )
v.                              )   CASE NO. CV420-149
                                )
JOHN WILCHER, Sheriff,          )
                                )
    Respondent.                 )
                                )

**O R D E R**

Before the Court is the Magistrate Judge's January 11, 2023, Report and Recommendation (Doc. 12), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation is **ADOPTED** as the Court's opinion in this case. (Doc. 12.) Accordingly, Petitioner's Petition Under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) Respondent's Amended Motion to Dismiss is **DISMISSED AS MOOT**. (Doc. 10.)

Applying the Certificate of Appealability (COA) standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872, at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

COA-worthy issues at this stage of the litigation, so no COA should issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant"). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of March 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA